MJL:ALB
F. #2006R00342

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

THOMAS G. SALOY,
    also known as "Sideother38,"
    "Timp38" and "Bball2nd,"

             Defendant.

- - - - - - - - - - - - - - - - - -X

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
★ NOV 30 2006 ★
LONG ISLAND OFFICE

I N F O R M A T I O N

Cr. No. 06-0776
(T. 18, U.S.C., §§
2252A(a)(5)(B),
2252A(b)(2),
2253 and 3551 et
seq.)

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
(Possession of Child Pornography)

1. On or about November 9, 2006, within the Eastern District of New York and elsewhere, the defendant THOMAS G. SALOY, also known as "Sideother38," "Timp38" and "Bball2nd," did knowingly and intentionally possess material containing images of child pornography, to wit: images contained within computer files located on eMachine Computer Processing Unit, model T2824, serial number QAZ4500200447 and eMachine Computer Processing Unit, model T3882, serial number GDF5310008071, which images had been transported in interstate and foreign commerce by computer.

(Title 18, United States Code, Sections 2252A(a)(5)(B), 2252A(b)(2) and 3551 et seq.)

CRIMINAL FORFEITURE ALLEGATION

2. The United States hereby gives notice to the

defendant charged in Count One that, upon his conviction of such offense, the government will seek forfeiture in accordance with Title 18, United States Code, Section 2253, of (a) any visual depiction described in Section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Title 18, United States Code, and any book, magazine, periodical, film, videotape, and other matter produced, transported, mailed, shipped and received in violation of the offense of conviction; (b) any property, real and personal, constituting or traceable to gross profits and other proceeds obtained from such offense; and (c) any property, real and personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, including, but not limited to the following:

Specific Property

(a) One eMachine Computer Processing Unit, model T2824, serial number QAZ4500200447;

(b) One eMachine Computer Processing Unit, model T3882, serial number GDF5310008071; and

(c) Ninety floppy computer disks and One compact disk.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

3

      (c)   has been placed beyond the jurisdiction of the court;

      (d)   has been substantially diminished in value; or

      (e)   has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(o), to seek forfeiture of any other property of such defendant up to the value of the forfeitable property described in this forfeiture allegation.

      (Title 18, United States Code, Section 2253)

ROSLYNN R. MAUSKOPF  
UNITED STATES ATTORNEY  
EASTERN DISTRICT OF NEW YORK

BY: _[signature]_  
ACTING UNITED STATES ATTORNEY  
PURSUANT TO 28 C.F.R. 0.136